# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**In the Matter of**

Jorge Vargas on behalf of himself and all other Plaintiffs similarly situated known and unknown.

v

Bagel Country, LLC

**Case Number**

08cv1331
Judge: Grady
Mag. Judge: Mason

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME | JOHN W. BILLHORN |
| SIGNATURE | s/ John W. Billhorn |
| FIRM | BILLHORN LAW FIRM |
| STREET ADDRESS | 515 N. State Street / Suite 2200 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| IDENTIFICATION NUMBER | ARDC # 6196946 |
| TELEPHONE NUMBER | (312) 464-1450 |
| FAX NUMBER | (312) 464-1459 |
| EMAIL ADDRESS | jbillhorn@billhornlaw.com |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

**F I L E D**

MAR 0 5 2008    MAR 0 5 2008 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT