# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1331 | **DATE** | June 19, 2008 |
| **CASE TITLE** | Vargas v. Bagel Country | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers. This is a failure to pay overtime case involving one plaintiff at this time but which could involve as many as eight plaintiffs once the identities of all the employees are ascertained. When that occurs the plaintiff will send out a notice to these employees which will enable them to opt into the case if they desire to do so. That motion will probably be made by plaintiff before the next status conference, but in any event, we will have a status conference on July 30, 2008 at 10:30 a.m.

_____ [ For further details see text below.]                             Docketing to mail notices.

0:30

**STATEMENT**