**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JORGE VARGAS on behalf of himself and all other plaintiffs known and unknown, | ) ) ) ) |
| | ) N<u>o.</u> 08 CV 1331 |
| Plaintiff | ) ) Honorable Judge Grady |
| v. | ) ) Magistrate Judge Mason |
| BAGEL COUNTRY, LLC | ) ) |
| | ) ***JURY DEMAND*** |
| Defendant | ) |

**NOTICE OF MOTION**

TO:    Barry A. Gomberg
       Brian S. Schwartz
       BARRY A. GOMBERG & ASSOCIATES
       53 West Jackson Blvd. Suite 1350
       Chicago, Illinois 60604

       PLEASE TAKE NOTICE that on <u>Wednesday, September 3, 2008 at 11:00 a.m.</u> that we shall appear before the <u>Honorable Judge Grady</u> in <u>Courtroom 2201</u> the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **PLAINTIFF'S UNOPPOSED MOTION TO BEGIN NOTICE TO MEMBERS OF THE PLAINTIFF CLASS,** a copy of which is hereby served upon you.

                                        s/ John W. Billhorn
                                        *Electronic Filed 7/29/2008*
                                        _____

                                        John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, a non-attorney, hereby attests under oath that on July 29, 2008, she caused to be served upon the individual(s) of record herein the **PLAINTIFF'S UNOPPOSED MOTION TO BEGIN NOTICE TO MEMBERS OF THE PLAINTIFF CLASS,** via the Courts ECF system or as otherwise directed.

s/ Jodi S. Hoare

_____

Jodi S. Hoare