

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1331 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Vargas vs. Bagel Country, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing set for today is stricken and reset to 10/22/08 at 11:00 a.m. Plaintiff's unopposed motion to begin notice to members of the plaintiff class is granted. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 AUG -4 PM 5:17
CLERK
U.S. DISTRICT COURT



| | Courtroom Deputy Initials: | JD |
|---|---|---|