IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JORGE VARGAS on behalf of himself )
and all other plaintiffs known and )
unknown, )
) No. 08 CV 1331
Plaintiff )
) Honorable Judge Grady
v. )
) Magistrate Judge Mason
BAGEL COUNTRY, LLC )
)
Defendant )

RECEIVED 9/3/08

## NOTICE OF CONSENT

This Document is to be sent to:

BAGEL COUNTRY, LLC
% BILLHORN LAW FIRM
CLASS ACTION LITIGATION
515 N. STATE STREET / SUITE 2200
CHICAGO, IL 60610

I hereby state that I am now, or within the **three years** preceding have been, a hourly employee of **Bagel Country, LLC.** and have in the past performed work before or after my regularly scheduled shift or during an unpaid meal break or have otherwise been denied one and one-half my regularly hourly rate of compensation for hours worked in excess of forty (40) in a workweek. I therefore believe Defendant may be liable to me for back wages as well as certain other penalties and because of this, I give my consent to be included as a Plaintiff in the lawsuit of *Vargas on behalf of himself and all similarly situated plaintiffs, known and unknown v Bagel Country, LLC* United States District Court, No. 08 CV 1331.

YOUR NAME: Rafael Aca
(Print)
YOUR ADDRESS: 2181 N. McVicker Chicago IL 60639
City / Zip Code
TELEPHONE: Home (773) 836 4729
Area Code
cell phone 273 574 1386
EMAIL ADDRESS: None

DATES EMPLOYED: Month/Year START: 12/07

Month/Year END: 08/08

YOUR SIGNATURE: Rafael Aca    DATE: 08/26/08