IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JORGE VARGAS** on behalf of himself and all other plaintiffs known and unknown,<br><br>            Plaintiff<br><br>      v.<br><br>**BAGEL COUNTRY, LLC**<br><br>            Defendant | **No.** 08 CV 1331<br><br>Honorable Judge Grady<br><br>Magistrate Judge Mason<br><br>***JURY DEMAND*** |

**NOTICE OF FILING**

TO:   Barry A. Gomberg
      Brian S. Schwartz
      BARRY A. GOMBERG & ASSOCIATES
      53 West Jackson Blvd. Suite 1350
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on September 5, 2008, shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **EXECUTED CONSENT OF RAFAEL ACA**, a copy of which is attached hereto.

                                              s/ John W. Billhorn
                                              *Electronically Filed 9/5/2008*
                                              _____
                                              John W. Billhorn

**CERTIFICATE OF SERVICE**

   I, Jodi S. Hoare, a non-attorney, state that on September 5, 2008, I caused a copy of the aforementioned documents, to be served via the Court's Electronic Filing System, or as otherwise directed to those of record as indicated above.

                                              s/ Jodi S. Hoare
                                              _____
                                              Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450